UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.,<br><br>                        Plaintiff,<br><br>v.<br><br>JEFF LUNA and DR. LAMONT JACKSON,<br><br>                        Defendants. | Case No.:  24-cv-112-LL-MMP<br><br>**ORDER DIRECTING THE FILING OF MOTION FOR MINOR'S COMPROMISE** |

This case is settled between the parties. Doc. No. 24. The undersigned Magistrate Judge was assigned to approve a Motion for Minor's Compromise pursuant to Civil Local Rule 17.1(a). Plaintiff shall file this Motion on or before **February 11, 2025**. In preparing the Motion, plaintiff shall review Civil Local Rule 17.1 and Judicial Council of California Form MC-350 for guidance on what the Motion must address.

The parties may consent to the jurisdiction of the undersigned Magistrate Judge for the limited purpose of entering an order approving the entire minor's compromise or settlement. *See* Civ. L.R. 17.1(a). If **all** parties wish to consent to the undersigned Magistrate Judge for approval of the minor's compromise, they shall file an executed copy of the attached consent form **in paper format** at the Clerk's Office by **January 28, 2025**.

1    **The consent form should not be filed with the court electronically** through its Case Management/Electronic Case Filing (CM/ECF) system. The paper format filing reflecting consent by **all** parties will then be forwarded to the assigned District Judge for approval. No consent form will be made available, nor will its contents be made known to any judicial officer, unless all parties have consented to the jurisdiction of the undersigned Magistrate Judge. The parties are free to withhold consent without adverse substantive consequences.

Questions related to the consent form should be directed only to the Clerk's Office at (619) 557-5600. Please do not call chambers' staff with questions related to the consent form.

**IT IS SO ORDERED**

Dated: January 14, 2025

Hon. Karen S. Crawford
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A,<br><br>                                   Plaintiff,<br><br>v.<br><br>JEFF LUNA et al.,<br><br>                                   Defendants. | Case No.: 24-cv-112-LL-MMP<br><br>**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE FOR PURPOSES OF MINOR'S COMPROMISE OR SETTLEMENT APPROVAL** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to enter an order approving the entire settlement or compromise of an action involving minors pursuant to Civil Local Rule 17.1(a). The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consen to have a United States magistrate judge conduct proceedings and rule in this case regarding only the motion for approval of minor's compromise.

| *Printed Names* | *Signatures of all parties **and** counsel for all parties* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Karen S. Crawford to conduct all proceedings and make rulings in this case regarding the motion for approval of minor's compromise in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 17.1(a).

| | |
|---|---|
| Date | United States District Judge |