KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
KARIN M. SWEIGART (SBN: 247462)
KSweigart@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

HARMEET K. DHILLON
harmeet@libertycenter.org
CENTER FOR AMERICAN LIBERTY
26 1311 S. Main Street, Suite 207
Mount Airy, MD 21771

Attorneys for Plaintiff J.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| J.A., a minor, by and through his legal guardians, D.A., an individual, and J.A. an individual,<br><br>   Plaintiff,<br>vs.<br><br>JEFF LUNA, in his personal and official capacity as Principal of Muirlands Middle School; DR. LAMONT JACKSON, in his official capacity as Superintendent of San Diego Unified School District; DOES 1-10, in their personal capacity,<br><br>   Defendants. | Case Number: 3:24-cv-00112-LL-MMP<br><br>**DECLARATION OF KARIN M. SWEIGART IN SUPPORT OF MOTION TO APPROVE MINOR'S COMPROMISE** |



I, Karin M. Sweigart, declare as follows:

1. I am an attorney at law duly license to practice law before all Courts in the State of California, and the United States District Court, Southern District of California. I am counsel for Plaintiff J.A., by and through his parents D.A. and J.A. I have personal knowledge regarding the contents of this declaration and, if called to be a witness at trial, could competently testify as to its contents.

2. Plaintiff J.A. is the 14-year-old minor child of parents D.A. and J.A.

3. Plaintiff J.A. was suspended for two days for wearing eyeblack at a football game which Defendants claimed was blackface.

4. Plaintiff denied having worn blackface and alleged that this suspension violated his First and Fourteenth Amendment rights.

5. As a result of Defendants' acts, Plaintiff suffered emotional injury in the form of emotional distress and the deprivation of his constitutional rights. Plaintiff did not suffer physical injury.

6. Plaintiff sought and received counseling as a result of the emotional injuries related to Defendants' actions. He has recovered completely from these injuries.

7. Petitioner has made a careful and diligent inquiry and investigation into the facts and circumstances of the incident in which the claimant was injured, the responsibility for the incident, and the nature, extent, and seriousness of J.A.'s injuries. Petitioner understands that if the compromise proposed in this petition is approved by the court and consummated, J.A. will never be able to recover any more compensation from the Defendants named below even if J.A.'s injuries turn out to be more serious than they now appear.

8. No others have been paid compensation as a part of this settlement.

9. Plaintiff has agreed to a non-monetary settlement in this case. The District agrees to permanently expunge from J.A.'s education records the two-day suspension challenged in this Action. No disciplinary actions or entries regarding the two-day



suspension or the circumstances leading to the two-day suspension will be added to J.A.'s record after the record of the suspension is expunged, and no District official or employee will refer to the suspension in any communications with others. The District will not pay Plaintiff compensation for his injuries or attorneys' fees. He agreed to this condition as, ultimately, taxpayers, as opposed to the individuals who made the decisions related to his suspension, would be paying for any compensation he received.

10. I will not receive any compensation as part of this settlement and will not seek reimbursement from defendants for any attorney's fees or other expenses.

11. I did not become concerned with this matter, directly or indirectly, at the instance of a party against whom the claim is asserted or a party's insurance carrier.

I declare under penalty of perjury that the foregoing is true and correct and, that if called to testify thereto, I could and would competently do so.

Date: February 6, 2025

By:   */s/ Karin Sweigart*
    _____
    KARIN M. SWEIGART

