1 | KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
2 | KARIN M. SWEIGART (SBN: 247462)
KSweigart@dhillonlaw.com
3 | DHILLON LAW GROUP INC.
4 | 177 Post Street, Suite 700
San Francisco, California 94108
5 | Telephone: (415) 433-1700
6 | Facsimile: (415) 520-6593

7 | Harmeet K. Dhillon
8 | harmeet@libertycenter.org
CENTER FOR AMERICAN LIBERTY
9 | 1311 S. Main Street, Suite 207
10 | Mount Airy, MD 21771

11 | Attorneys for Plaintiff J.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| J.A., a minor, by and through his legal guardians, D.A., an individual, and J.A. an individual, | Case Number: 3:24-cv-00112-LL-MMP |
|---|---|
| Plaintiff, | Honorable: Michelle M. Pettit |
| vs. | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| JEFF LUNA, in his personal and official capacity as Principal of Muirlands Middle School; DR. LAMONT JACKSON, in his official capacity as Superintendent of San Diego Unified School District; DOES 1-10, in their personal capacity, | Action Filed: January 16, 2024 |
| Defendants. | |



1  Plaintiffs J.A., D.A., and J.A. ("Plaintiffs"), and Defendants Jeff Luna and Dr. Lamont
2  Jackson ("Defendants"), by and through undersigned counsel of record hereby enter into the
3  following stipulation ("Stipulation").

4  The attorneys entering into this Stipulation have the requisite authority to speak and act
5  for their respective clients and warrant that the terms of this Stipulation have been discussed
6  with their respective clients and that the clients they represent agree to be bound by the terms
7  of this Stipulation.

8  **WHEREAS**, Plaintiffs would like to dismiss all of their claims asserted in this action
9  against the Defendants, with prejudice.

10  **IT IS HEREBY STIPULATED** between and among Plaintiffs on the one hand, and
11  Defendants, on the other hand (the "Parties"), by and through the undersigned, as follows:

12  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties
13  hereby stipulate to the voluntary dismissal of this entire action **with prejudice**.

14  IT IS SO STIPULATED:

*[Signatures set forth on the following pages]*



|     |     |     |
| --- | --- | --- |
| 1   |     | Respectfully submitted, |
| 2   |     |     |
| 3   | Date: March 6, 2025 | **Dhillon Law Group Inc.** |
| 4   |     |     |
| 5   |     | By: /s/Karin Sweigart_____ |
|     |     | KRISTA L. BAUGHMAN |
| 6   |     | KARIN M. SWEIGART |
| 7   |     | *Attorneys for Plaintiffs* |
| 8   |     |     |
| 9   | Date: March 6, 2025 | **Atkinson, Andelson, Loya, Ruud & Romo** |

By: /s/Mark Breese_____
MARK R. BRESEE
*Attorney for Defendants*



Joint Stipulation for Voluntary Dismissal of
All Claims with Prejudice     Case: 3:24-cv-00112-LL-MMP