UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A., a minor, by and through his legal guardians, D.A. and J.A., individuals,<br><br>Plaintiff,<br><br>v.<br><br>JEFF LUNA, Principal of Muirlands Middle School; LAMONT JACKSON, Superintendent of San Diego Unified School District,<br><br>Defendants. | Case No.: 24cv0112-LL-MMP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[ECF No. 32]** |

Before the Court is the parties' Joint Stipulation for Voluntary Dismissal of All Claims With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 32. Accordingly, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: March 6, 2025

_____
Honorable Linda Lopez
United States District Judge